OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 08. 2015

5/6/2015
ARISTONDO, JUAN          Tr. Ct. No. 1309739-A          WR-82,955-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

JUAN ARISTONDO
- TDC # 1763104

A.N.K